UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSHER ROTKIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARCLAYS CARD SERVICES,<br><br>　　　　Defendant. | Civil Action No. 3:17-cv-03507-<br>　　　　　　　　　　(FLW)(LHG)<br><br><br>**STIPULATION TO STAY ACTION<br>PENDING ARBITRATION**<br>And Order Administratively Terminating Case |

　　The attorneys for the above named parties stipulate and agree as follows:

　　1.　Plaintiff Osher Rotkin commenced this action and filed a Complaint against Defendant Barclays Bank Delaware (improperly named Barclays Card Services).

　　2.　Defendant Barclays Bank Delaware produced an arbitration agreement between the parties herein.

　　3.　The parties herein, in order to avoid motion practice regarding this matter, are in agreement on the need for this matter to be decided in an arbitration proceeding.

　　4.　The parties herein ask this Court to stay these proceedings pending the hearing and determination of said action in binding, individual arbitration, pursuant to the agreement between the parties.

**EDWARD B. GELLER, ESQ., P.C.**
Attorneys for Plaintiff

_____
Edward B. Geller

Dated: June 19, 2017

**REED SMITH LLP**
Attorneys for Defendant

_____
Kellie A. Lavery

Dated: June 21, 2017

\* This case is <u>Administratively Terminated</u>, pending completion of the arbitration proceedings.

SO ORDERED

_____   6/28/17

2